Carl C. CALLOWAY, alias Buster Calloway,
v. STATE.

No. 15378.

Court of Criminal Appeals of Texas.
Nov. 16, 1932.

John Morison, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for misdemeanor theft; punishment, imprisonment in the county jail for sixty days.

The record is here without statement of facts or bills of exception. In all matters of procedure, the law appears to have been followed.

The judgment will be affirmed.